# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

United States of America
v.
HUCKLEY ARMSTRONG

Case No: 91-00003-CB
USM No:

Date of Original Judgment: 7/02/1991
Date of Previous Amended Judgment: 4/18/2008
*(Use Date of Last Amended Judgment if Any)*

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 188* months **is reduced to** TIME SERVED.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
*Actual sentence was 188 months as to Counts 1 4, 5, 6, 7 and 9, all to run concurrently and 60 months as to Counts 8 and 10 to run consecutive with each other and to run consecutive to counts 1, 4, 5, 6, 7 and 9.

Except as otherwise provided, all provisions of the judgment dated 04/18/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/1/2011

s/Charles R. Butler, Jr.
*Judge's signature*

Effective Date: 12/11/2011
*(if different from order date)*

Charles R. Butler, Jr., Senior United States District Judge
*Printed name and title*